1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

| UNITED STATES OF AMERICA, | ) | Case No. 09CR1391-JM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | ) | |
| | ) | |
| TITO SALAZAR-CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

11

12

13

14

15

16

17        In consideration of the Government's Motion to Dismiss, the Court hereby orders that the

18   Indictment against TITO SALAZAR-CRUZ in Case No. 09CR1391-JM is DISMISSED WITHOUT

19   PREJUDICE pursuant to Rule 48(a).

20        **SO ORDERED.**

21   DATED: October 19, 2009

22   _____

23   Hon. Jeffrey T. Miller
     United States District Judge

24

25

26

27

28